In the Matter of the Application of HELEN SCHIROTT NESMITH for an Order

* See Laws of 1910, chap. 559, § 216, as amd. by Laws of 1921, chap. 596.— [REP.
† See Civ. Prac. Act, § 347; formerly Code Civ. Proc. § 829.— [REP.

under Section 322 of the Real Property Law* Directing the REGISTER OF THE COUNTY OF KINGS to Cancel of Record a Certain Lost Mortgage, etc.— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.